```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2021
```



1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

**MEMO ENDORSED**

January 12, 2021

**Via ECF:**
District Court Judge Nelson S. Roman
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:            *Wilmington Savings Fund Society, FSB, as Trustee of Upland Mortgage Loan Trust vs. Edwin A. Wachsler, Ellen E. Wachsler*
Civil Action #:   19-cv-2409

Dear District Judge Roman:

This Law Firm represents the Plaintiff in the above-referenced residential mortgage foreclosure action. On December 28, 2020, New York State Governor Andrew M. Cuomo signed the COVID-19 Emergency Eviction and Foreclosure Prevention Act of 2020 into law, which, *inter alia*, imposed at least a sixty-day stay of any action to foreclose a mortgage pending on its effective date, to give the mortgagor an opportunity to submit a hardship declaration pursuant to the Act that indicated if the mortgagor suffered financial hardship due to the COVID-19 pandemic. Based on the Act, the continuation of the action is stayed until February 27, 2021.

Thank you for your consideration and time.

Respectfully,

/SJV/
Stephen J. Vargas, Esq.

CC via ECF:
Alfonso F. Ramos, Esq.
*Attorney for the Defendants*
1435 Broadway
New York, NY 10003

This matter is stayed until February 27, 2021 pursuant to New York's COVID-19 Emergency Eviction and Foreclosure Prevention Act of 2020. The parties are directed to advise the Court on the status of this case in writing by March 5, 2021.
The Court has been informed that Plaintiff did not serve its moving papers on December 8, 2020 as ordered. Unless the parties update the Court in writing by March 5, 2021 seeking an extension of the stay, the summary judgment briefing schedule is extended as follows: Plaintiff shall serve (not file) its moving papers on March 12, 2021; Defendant shall serve (not file) its opposition papers on April 12, 2021; Plaintiff shall serve the reply on April 27, 2021. All motion documents shall be filed on the reply date, April 27, 2021. The parties shall provide two paper courtesy copies of their respective documents to chambers as the documents are served. In addition, as long as Judge Roman's Emergency Rules remain in place, the parties shall also email an electronic courtesy copy on the date papers are served.

Dated: January 14, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE